IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GAGE STOKES SMITH, III,[1] | § | |
| | § | No. 427, 2024 |
| Appellant Below, | § | |
| Appellant, | § | Court Below–Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CS19-01416 |
| DCSS/KENDAL DILL, | § | Petition No. 24-06639 |
| | § | |
| Appellee Below, | § | |
| Appellee. | § | |

Submitted: March 28, 2025
Decided: May 27, 2025

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

After consideration of the parties' briefs and the Family Court record, we find it evident that the judgment below should be affirmed on the basis of and for the reasons cited by the Family Court in its September 4, 2024 order affirming a Family Court commissioner's May 10, 2024 order finding the appellant in contempt of the court's May 17, 2023 child support order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).